

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2018

No. 04-17-00220-CV

**IN THE INTEREST OF A.B.R., W.C.R., AND K.R.R**, Minor Children,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-19862
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

After we granted an extension, Appellee's and Cross-Appellee's briefs were due on February 8, 2018. *See* TEX. R. APP. P. 38.6(b), (d). On the due date, Appellee moved for a fourteen-day extension of time to file the brief until February 22, 2018. *See id.* R. 10.5(b). Cross-Appellee opposed a fourteen-day extension, but asked for the same extension if this court granted Appellee's motion.

Appellee's motion is GRANTED. Appellee's and Cross-Appellee's briefs are due on February 22, 2018.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court